**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **V.** | * | **Cr. No. RDB-19-485** |
| **STEPHON MARTIN** | * | |
| **Defendant** | * | |
| **For: STEPHON MARTIN** | * | |

## AFFIDAVIT OF COUNSEL REGARDING WAIVER OF IN PERSON APPEARANCE IN COURT FOR HEARING

I, Richard Bardos, as counsel for Stephon Martin, do hereby state and affirm:

1. I represent Stephon Martin in the above-captioned case.

2. I have explained to Mr. Martin his right to appear in person at his Rule 11 proceeding on October 22, 2020.   I have discussed his right to be present and whether he desired to waive his right to be present and appear via video.

3. Mr. Martin understands that if the hearing proceeds by video, I will also only be present by video at the time of his Rule 11 proceeding.

4. Having discussed the benefits,concerns, rights and options concerning an in-person hearing in light of the ongoing COVID-19 pandemic, Mr. Martin advises that he waives his right to appear in person in court.

5. His waiver is knowing and voluntary and was decided after full consultation with his counsel.

SO STATED AND AFFIRMED:

Respectfully submitted,

_____/s/_____
Richard Bardos

Schulman, Hershfield & Gilden, P.A.
1 East Pratt Street, 9th Floor
Baltimore, Maryland 21202
(410) 332 0850

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 19th of October, 2020, a copy of the foregoing Affidavit was served electronically by ECF to: Office of the United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, Maryland 21201.

_____/s/_____
Richard Bardos